SLOVAK, BARON, EMPEY, MURPHY & PINKNEY LLP
Shaun M. Murphy, Esq. (CASB# 194965)
Katelyn K. Empey, Esq. (CASB# 292110)
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Telephone: (760) 322-2275
Fax:     (760) 322-2107

*In Association with:*
MILES KOWALSKI, Deputy County Counsel (CASB# 257269)
JEAN-RENE BASLE, County Counsel (CASB# 134107)
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA 92415-0140
Telephone: (909) 387-5455
Fax:     (909) 387-3070
E-mail:   Miles.Kowalski@cc.sbcounty.gov

Attorneys for Defendants, JOHN McMAHON & RONALD SINDELAR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEMEHUEVI INDIAN TRIBE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN McMAHON, et al. <br><br> Defendants. | Case No. 5:15-CV-01538-DMG (FFM) <br> [Case Assigned to: Hon. Dolly M. Gee, Courtroom 8C] <br><br> **DEFENDANTS' OBJECTIONS TO PLAINTIFFS' "CORRECTED" STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date:     June 30, 2017 <br> Time:    2:00 p.m. <br> Location: 350 W. 1st St. <br>              Los Angeles, CA  90012 <br>              **Courtroom 8C** |

On June 12, 2017, ten days after they filed their Motion for Partial Summary Judgment and supporting documents, Plaintiffs' filed a document entitled "[Corrected] Plaintiffs' Statement of Uncontroverted Facts and Conclusions of Law in Support of Plaintiffs' Motion for Partial Summary Judgment." Although it is titled as simply being "corrected", the document in fact includes over three pages of substantive "conclusions of law" that were not included in their prior statement as required by the local rules. By filing this "corrected" document, Plaintiffs are attempting to avoid Defendants' objection that their statement was procedurally defective. Such is improper, and should be disregarded in its entirety.

Dated: June 16, 2017

**SLOVAK BARON EMPEY MURPHY & PINKNEY LLP**

By: */s/ Shaun M. Murphy*
    Shaun M. Murphy, Esq.
    Attorney for Defendants

2

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' "CORRECTED" STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** (Case No. 5:15-cv-01538-DMG-FFM)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on June 16, 2017, a true and correct copy of the foregoing DEFENDANTS' OBJECTIONS TO PLAINTIFFS' "CORRECTED" STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT was served on Plaintiffs in accordance with the Federal Rules of Civil Procedure.

By: */s/ Shaun M. Murphy*
Shaun M. Murphy

3

DEFENDANTS' OBJECTIONS TO PLAINTIFFS' "CORRECTED" STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (Case No. 5:15-cv-01538-DMG-FFM)