JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEMEHUEVI INDIAN TRIBE, et al., | Case No.: ED CV 15-1538-DMG (FFMx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| JOHN McMAHON, et al., | |
| Defendants. | |

Pursuant to the Court's Order re Defendants' Motion for Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment, filed on September 5, 2017,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants and against Plaintiffs.

DATED: September 5, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-